The plaintiff alleges that an anonymous surgeon who sutured an accidental laceration on the dorsum of her right wrist in July 1986, committed medical malpractice. She did not institute her lawsuit, however, until on or about October 4, 1989. Since an action to recover damages for medical malpractice must be instituted within two years and six months of the occurrence of the malpractice (CPLR 214-a), the plaintiff's action is time-barred. The statute is not tolled by the plaintiff's lack of knowledge of the physician's malpractice *(see, Meath v Mishrick,* 68 NY2d 992; *cf., Goldsmith v Howmedica, Inc.,* 67 NY2d 120). Nor has the plaintiff alleged fraudulent concealment sufficient to invoke the doctrine of equitable estoppel *(cf., Simcuski v Saeli,* 44 NY2d 442). Thompson, J. P., Brown, Eiber and Harwood, JJ., concur.

■ MANUEL VACA, Respondent, v HILLCREST GENERAL HOSPITAL, Defendant, and FRANK FARAHMAND, Appellant.—In an action to recover damages for medical malpractice, the defendant Frank Farahmand appeals from an order of the Supreme Court, Queens County (Hentel, J.), dated January 12, 1990, which denied his motion for summary judgment dismissing the complaint insofar as it is against him.

Ordered that the order is affirmed, with costs.

A review of the record indicates that there are factual issues to be determined at a trial. Mangano, P. J., Brown, Sullivan, Harwood and Miller, JJ., concur.